UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:16-CV-61922-WILLIAMS

HOWARD COHAN,

    Plaintiff,

vs.                                                                                          INJUNCTIVE RELIEF SOUGHT

84 PINE ISLAND, INC.,
d/b/a DUNKIN DONUTS,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

    Plaintiff, HOWARD COHAN, by and through undersigned counsel, pursuant to Local Rule 16(f)(2), hereby gives notice that Plaintiff and Defendant, 84 PINE ISLAND, INC., d/b/a DUNKIN DONUTS, have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The parties respectfully request twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: September 21, 2016.

                                                   BY:   /s/ Jason S. Weiss
                                                                   Jason S. Weiss
                                                                   Jason@jswlawyer.com
                                                                   Florida Bar No. 356890
                                                                   Peter S. Leiner
                                                                   Peter@jswlawyer.com
                                                                   Florida Bar No. 104527
                                                                   **WEISS LAW GROUP, P.A.**
                                                                   5531 N. University Drive, Suite 103
                                                                   Coral Springs, FL 33067
                                                                   Tel: (954) 573-2800
                                                                   Fax: (954) 573-2798
                                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                  BY: /s/ Jason S. Weiss
                                            Jason S. Weiss
                                            Jason@jswlawyer.com
                                            Florida Bar No. 356890
                                            Peter S. Leiner
                                            Peter@jswlawyer.com
                                            Florida Bar No. 104527